No. 24-2003

# In the United States Court of Appeals for the Sixth Circuit

MARVIN LEE OWENS,

          *Plaintiff-Appellant,*

v.

GARY SCHEUTTE, ET AL.,

          *Defendants-Appellees,*

On Appeal from the U.S. District Court for the Eastern District of Michigan, Southern Division

No. 2:24-cv-10787

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE BRIEFS**

| **Rosati, Schultz, Joppich &Amtsbuechler, P.C.** | **CAIR-MI LEGAL FUND** |
|---|---|
| Micheal T. Berger | BY: Amy V. Doukoure (P80461) |
| Andrew J. Brege | 1905 S. Haggerty Road, Suite 5 |
| 27555 Executive Drive, Suite 250 | Canton, MI 48188 |
| Farmington Hills, MI 48331 | (248) 559-2247 |
| (248) 489-4100 | adoukoure@cair.com |
| mberger@rsjalaw.com | |
| *Attorneys for Appellee* | *Attorney for Appellant* |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEFS**

Under Federal Rules of Appellate Procedure 26 and 27, the Appellant moves to extend the briefing schedule in this case. Neither party has sought a prior extension in this case.

1

1. This instant appeal arises from the District Court's dismissal of Appellant, Marvin Owens, claim for damages under the Religious Land Use and Institutionalized Persons Act (RLUIPA).

2. On December 3, 2024, this Court issued a briefing schedule that set Mr. Owen's opening briefing deadline for January 13, 2025 with Appellee's response deadline on February 11, 2025. Mr. Owen's reply brief would be due no later than March 4, 2025.

3. Plaintiff respectfully requests that Mr. Owen's briefing schedule be extended by 60 days to March 14, 2025, and that Appellee's briefing deadline be extended to April 13, 2025. Mr. Owens shall then reply no later than May 4, 2025.

4. The requested extension is being sought to facilitate current deadlines faced by counsel for Appellant and because there is interest in several religious liberty law clinics for law schools to have students participate in this instant Appeal.

5. Counsel for Appellant has sought concurrence in the requested extension from Counsel for Appellee who indeed gave such concurrence in the immediate request.

6. No other previous extensions have been sought by either party in this case, and the extension request does not affect either the parties' rights or change the case's circumstances.

7. Notre Dame Law School's Religious Liberties clinic has advised that due to the nature of the suit affecting the rights of incarcerated individuals who seek and are denied appropriate religious accommodations that they have an interest in having their clinic and students co-counsel this instant Appeal.

8. Due to the current briefing deadline requiring Mr. Owen's initial brief to be filed no later than January 13, 2025, they would be precluded from becoming involved and having their students benefit from gaining experience in drafting and participating in appellate work that is important to their mission due to the school currently being between semesters and students not returning until the beginning of January 2025.

9. Moving the deadline for the filing of Mr. Owen's brief to March 14, 2025, it will allow the student clinic to prepare and participate in the instant appeal thereby contributing positively and substantially to their law school educational experience.

10. Additionally, counsel for Appellant is currently in binding arbitration for a state court matter that has an additional two full days of formal arbitration pending, the first being on December 30, 2024, while waiting on a second confirmed date in mid-January.

11. 8. This Court has often granted analogous, initial extension requests—both when opposed and unopposed. See, e.g., *Tennessee v. Department of*

3

*Education*, No. 22-5807 (opposed), *Laible v. Lanter*, No. 22-5496 (unopposed), *Polyweave Packaging, Inc. v. Buttigieg*, No. 21-5929 (unopposed), Livingston Educational Service v. Becerra, No. 22-1257 (opposed). This instant request comes from Appellant unopposed by Appellee.

12. Accordingly, Appellant respectfully request that the Court grant this motion and enter the revised briefing schedule.

Date: December 27, 2024

Respectfully submitted,

CAIR-MI LEGAL FUND

/s/ *Amy V. Doukoure*
Amy V. Doukoure
1905 S. Haggerty Road, Suite 5
Canton, MI 48188
(248) 559-2247
adoukoure@cair.com

*Attorney for Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that this Motion was filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the attorneys of record.

Date: December 27, 2024

/s/ *Amy V. Doukoure*
Amy V. Doukoure

*Attorney for Appellant*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion complies with Fed. R. App. P. 27(d)(2)(A) and 32(f)-(g), as it complies with typeface requirements and contains 544 words, excluding exempted portions.

Date: December 27, 2024

*/s/ Amy V. Doukoure*
Amy V. Doukoure

*Counsel for Appellant*