No. 24-2003

# IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

MARVIN OWENS,
    *Plaintiff-Appellant,*

v.

GARY SCHUETTE ET AL.,
    *Defendants-Appellees.*

On Appeal from the United States District Court, Eastern District of Michigan. Case No.: 2:24-cv-10787 (Hon. Gershwin A. Drain)

# MOTION FOR LEAVE TO FILE BRIEF OF THE MUSLIM PUBLIC AFFAIRS COUNCIL AS AMICUS CURIAE IN SUPPORT OF APPELLANT AND REVIEW *EN BANC*

Nicholas Reaves
Yale Law School
Free Exercise Clinic
1919 Pennsylvania Ave. N.W.
Suite 400
Washington, D.C. 20006

Daniel Hay
Lillian Holmes
John Lee
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

Phillip Shaverdian
Sidley Austin LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000

April 18, 2025

*Counsel for Amicus Curiae Muslim Public Affairs Council*

Pursuant to Federal Rule of Appellate Procedure 29(a), the Muslim Public Affairs Council (MPAC) respectfully moves this Court for leave to file an amicus curiae brief in support of Plaintiff-Appellant Marvin Owens and review *en banc*. MPAC's proposed brief is attached to this Motion as Appendix A. In support of its motion, MPAC states as follows:

1. MPAC is a nonprofit organization that represents the interests of Muslim Americans. For more than thirty-five years, MPAC has worked to increase public understanding of Islam and to improve policies affecting Muslim Americans through engagement with government, media, and communities across the country. MPAC believes that our nation is enriched by the vital contributions of Muslim Americans, and that Muslims are an important part of American pluralism.

2. MPAC regularly files amicus curiae briefs in cases that raise issues of concern for Muslim Americans. This includes cases involving the free exercise of religion by incarcerated persons. Muslim Americans are disproportionately represented in the prison population, so MPAC has a particular interest in ensuring that the free exercise rights of incarcerated Muslims are protected.

3. The proposed amicus curiae brief is informed by MPAC's experience advocating for the free exercise of religion, and in particular for the free exercise of religion by incarcerated Muslim Americans. MPAC believes that its proposed brief can assist the Court because it addresses issues that are consistent with Appellant's arguments, but addresses considerations and applications not fully developed in Appellant's brief. Specifically, the brief first explains how prison officials are often able to use transfers and other procedural mechanisms to moot meritorious prisoner claims and argues that money damages would help ameliorate this problem, a practice that disproportionately harms minority and disfavored religions. The brief then explains that the caselaw surrounding the Spending Clause does not apply to municipalities since they do not share the state's position as a separate sovereign. Finally, the brief explains how permitting money damages here would not overburden municipalities with financial liability because other procedural safeguards serve as an independent check on damages awards.

# CONCLUSION

For the reasons set forth above, MPAC respectfully requests that its motion for leave to file an amicus curiae brief be granted.

Dated: April 18, 2025

Nicholas Reaves
Yale Law School
Free Exercise Clinic
1919 Pennsylvania Ave. N.W.
Suite 400
Washington, D.C. 20006

Respectfully submitted,

/s/ *Daniel Hay*
Daniel Hay
Lillian Holmes
John Lee
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

Phillip Shaverdian
Sidley Austin LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000

*Counsel for Amicus Curiae Muslim Public Affairs Counsel*